## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-cv-20020-ALTMAN/Becerra

METZFAB INDUSTRIES, LLC AND
BRANDON METZGER,

      Plaintiff,

v.

THE INDIVIDUALS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

_____/

### PROOF OF SERVICE

I, Alisha Moriceau, declare and state as follows:

1. I certify and declare that I am over the age of 18 years old, and I am an attorney for Plaintiffs, METZFAB INDUSTRIES, LLC and BRANDON METZGER, in the above captioned action.

2. On January 26 and January 29, 2023, Boies Schiller Flexner LLP emailed Defendants copies of the Complaint, Issued Summons, Order granting Plaintiffs' Motion for *Ex Parte* Temporary Restraining Order, Order extending TRO, and Order Granting Motion for Alternative Service to Defendants identified on Schedule A,[1] consistent with this Court's Sealed Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) dated January 4, 2024 (Dkt. 10). Boies Schiller Flexner LLP also effected service of process on Defendants via publication by posting a true and accurate copy of the Complaint, Issued Summons,

_____

[1] DOE No. 8 Black Sheep Creations was dismissed on January 26, 2024 (Dkts. 22-23).

and other filings in this case, on the website http://metzfab-cases.com/case-23-cv-23867.html.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 1, 2024, in Fort Lauderdale, Florida.

/s/ Alisha Moriceau
Alisha Moriceau (FL Bar No. 1011395)
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 377-4217
amoriceau@bsfllp.com

*Counsel for Plaintiffs Metzfab Industries, LLC and Brandon Metzger*