UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-20020-ALTMAN

**METZFAB, LLC**, *et al.*,

    *Plaintiffs*,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    *Defendants*.
_____/

**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

**THIS MATTER** comes before the Court on the Plaintiffs' Motion for Entry of Final Default Judgment (the "Motion") [ECF No. 37]. The Court granted the Motion in a separate Order as to the Defendants listed on the attached Schedule A. *See* Order Granting Motion for Entry of Final Default Judgment [ECF No. 45]. Pursuant to Fed. R. Civ. P. 58(a), the Court herby **ORDERS and ADJUDGES** that **Final Default Judgment is entered** in favor of the Plaintiffs, METZFAB INDUSTRIES, LLC and BRANDON METZGER (the "Plaintiffs"), and against Defendants, Individuals, Partnerships, or Unincorporated Associations identified on the attached Schedule A (the "Defendants") as follows:

(1)    Permanent Injunctive Relief:

The Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with the Defendants are hereby permanently restrained and enjoined from:

    a.  manufacturing or causing to be manufactured, importing, advertising, or promoting,

    distributing, selling or offering to sell unauthorized and unlicensed products which utilize the technology of and inventions claimed in U.S. Utility Patent Nos. 9,671,272 and 9,285,259 (collectively, the "Metzfab Patents") [ECF No. 1-1];

b. From making, using, selling, importing and/or offering to sell products that practice the Metzfab Patents;

c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Metzfab product or any other product produced by the Plaintiffs, that is not the Plaintiffs' or not produced under the authorization, control, or supervision of the Plaintiffs and approved by the Plaintiffs for sale under the Plaintiffs' Metzfab Patents;

d. committing any acts calculated to cause consumers to believe that the Defendants' products are those sold under the authorization, control or supervision of the Plaintiffs, or are sponsored by, approved by, or otherwise connected with the Plaintiffs;

e. further infringing the Plaintiffs' Metzfab Patents and damaging the Plaintiff's goodwill;

f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for the Plaintiffs, nor authorized by the Plaintiffs to be sold or offered for sale, and which bear or infringe the Plaintiffs' Metzfab Patents or any reproductions, copies, or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Internet Stores, or any other domain name or online marketplace account that is being used to sell or is the means by which the Defendants could continue to sell counterfeit Metzfab products;

h. operating and/or hosting websites at the Internet Stores or any other domain names

        registered or operated by the Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product infringing the Plaintiffs' Metzfab Patents or any reproductions, copies, or colorable imitations thereof that is not a genuine Metzfab Product or not authorized by the Plaintiffs to be sold in connection with the Plaintiffs' Metzfab Patents; and

    i. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2) Additional Equitable Relief:

    a. Upon the Plaintiffs' request, the Internet marketplace website operators and/or administrators for the Internet based e-commerce stores operating under the seller identification names identified on the attached Schedule "A" (the "Seller IDs"), including but not limited to eBay, shall permanently remove any and all listings and associated images of goods infringing the Metzfab Patents via the e-commerce stores operating under the Seller IDs, and any other listings and images of goods infringing the Metzfab Patents associated with the same sellers or linked to any other alias seller identification names or e-commerce stores being used and/or controlled by the Defendants to promote, offer for sale and/or sell goods infringing the Metzfab Patents; and

    b. Upon the Plaintiffs' request, any Internet marketplace website operator and/or administrator who is in possession, custody, or control of the Defendants' goods infringing the Metzfab Patents, including but not limited to Alibaba.com, Hong Kong Limited, which operates the AliExpress.com platform, DHgate.com, eBay Inc., Etsy.com, SIA Joom, which operates the Joom.com platform, Walmart.com, and

ContextLogic, Inc., which operates the Wish.com platform, shall permanently cease fulfillment of and sequester those goods, and surrender the same to the Plaintiffs.

(3) Pursuant to 35 U.S.C. § 284, the Plaintiffs are awarded each Defendant's profit from infringement of the Metzfab Patents in the amount reflected in the attached Schedule A.

(4) All funds currently restrained or held on account for all the Defendants by all financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms, including but not limited to, Alibaba.com, AliExpress.com, Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd. and Alipay.com Co., Ltd. (collectively, "Alipay"), Amazon.com, Worldpay US, Inc. ("Worldpay"), Dunhuang Group, which operates the DHgate.com and DHPay.com platforms, eBay.com, Etsy.com, SIA Joom, which operates the Joom.com platform ("Joom"), Walmart.com, Wish, PayPal, Inc. ("PayPal"), Payoneer, PingPong, LianLian, OFX, and their related companies and affiliates, are to be immediately (within 5 business days) transferred by the previously referred to financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms and by the Defendant, to the Plaintiffs and/or the Plaintiffs' counsel in partial satisfaction of the monetary judgment entered herein against each Defendant. All financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms, including but not limited to Amazon, eBay, PayPal, Payoneer, PingPong, LianLian, OFX, and/or their related companies and affiliates, shall provide to the Plaintiffs at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) total funds released per Defendant to the Plaintiffs.

(5) Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(6) The bond posted by the Plaintiffs in the amount of $5,000.00 is hereby ordered released by the Clerk.

(7) The Court retains jurisdiction to enforce this Final Default Judgment and Permanent Injunction.

**DONE AND ORDERED** in the Southern District of Florida on March 8, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

## Schedule A

| Original Defendant Number | Defendant Seller | Defendant Online Marketplace | Utility Patent Lost Profits Sought |
|---|---|---|---|
| 2 | fdsnh | https://www.amazon.com/s?k=FDSNH&ref=bl_dp_s_web_0 | $17,435.95 |
| 4 | will be ok | https://www.amazon.com/sp?ie=UTF8&seller=A2F3BWG94NQGXX&asin=B0C4S3M7ZL&ref_=dp_merchant_link | $71.68 |
| 5 | XiuGe Parts | https://www.amazon.com/sp?ie=UTF8&seller=A3OGRFAXO4EF1G&asin=B0CJQQZ6VG&ref_=dp_merchant_link | $180.39 |
| 6 | mruw5890 | https://www.ebay.com/sch/i.html?item=166307310254&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mruw5890 | $780.71 |
| 7 | Huyedan's Superstore | https://www.ebay.com/sch/i.html?item=285401910306&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=danyehu2009 | $0.00 |